# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
**Clerk of Court**

**Maurice L. Christopher**
**Chief Deputy**

**Lori M. Welch**
**Chief Deputy**

**Federal Building and Courthouse**
**P.O. Box 7367**
**Syracuse, New York 13261-7367**
**(315) 234-8500**

October 1, 2026

William L. Owens, Esq.
STAFFORD, OWENS, MURNANE, KELLEHER,
MILLER, MEYER & ZEDICK, PLLC
One Cumberland Avenue
Post Office Box 2947
Plattsburgh, New York 12901

RE: Tammy Searle vs. Contact Lens King, Inc.
NYND CASE NO. 8:25-cv-1211 (DJS/BKS)

Dear Sir or Madam:

Please be advised that there has been an answer filed in the above case on September 30, 2026 in the Northern District of New York. You are directed to advise this Court in writing, within fourteen (14) days from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with its local rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

John M. Domurad, Clerk of Court

By: s/ Angela Nuzzo, Case Processing Clerk

Encs.
cc: All counsel of record. (via CM/ECF)