STAFFORD • OWENS
MURNANE • KELLEHER • MILLER • MEYER & ZEDICK, PLLC
*Attorneys & Counselors at Law*

One Cumberland Avenue
Plattsburgh, NY 12901
P 518.561.4400
F 518.561.4848
staffordowens.com

**MEMBERS**
William L. Owens
Thomas M. Murnane
Jacqueline M. Kelleher
Jessica L. Miller
Justin R. Meyer
Brendan P. Owens
Meghan E. Zedick

Ronald B. Stafford
(1935-2005)

October 6, 2026

United States District Court
Northern District of New York
Federal Building and Courthouse
Attn: John M. Domurad, Clerk of the Court
P.O. Box 7367
100 S. Clinton Street
Syracuse, NY 13261-7367

RE: Case 8:25-cv-01211-BKS-DJS Searle v. Contact Lens King, Inc.

Dear Mr. Domurad:

I have been advised by my Partner, William L. Owens, Esq., that he does not intend to represent any party before the Court, and has not done so at any time during the course of this litigation.

Very truly yours,

STAFFORD, OWENS, MURNANE, KELLEHER, MILLER, MEYER & ZEDICK, PLLC

Justin R. Meyer, Esq.

William L. Owens, Esq.
Congressman (Ret.)

JRM/hfk